# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PARIS KING, | ) |
| | ) Case No. 1:21-cv-01791-JPC |
| Plaintiff, | ) |
| | ) JUDGE J. PHILIP CALABRESE |
| v. | ) |
| | ) **STIPULATED NOTICE OF** |
| AMAZON.COM, INC. et al., | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| Defendants. | ) |
| | ) |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed *with prejudice*. Court shall retain jurisdiction over the resolution of this matter.

Dated: September 1, 2022                                        Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey R. Vlasek* | */s/ Bruce D. Taubman* |
| Jeffrey R. Vlasek (OH 0082771) | Bruce D. Taubman (0001410) |
| Carrie Valdez (0094004) | 1826 West 25th |
| BAKER & HOSTETLER LLP | Cleveland, OH 44113 |
| Key Tower | BruceTaubman@taubmanlaw.net |
| 127 Public Square, Suite 2000 | Ph: (216) 621-0794 |
| Cleveland, OH 44114-1214 | Fx: (216) 621-8886 |
| jvlasek@bakerlaw.com | |
| cvaldez@bakerlaw.com | *Attorneys for Plaintiff Paris King* |
| Telephone: 216.621.0200 | |
| Fax: 216.696.0740 | |
| | |
| *Attorneys for Defendant Amazon.com Inc.* | |